UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

ANDRE EARL CODY,                    )
                                    )
            Petitioner,             )
                                    )
v.                                  )        Case No. 4:08CV1820 RWS
                                    )
UNITED STATES OF AMERICA,           )
                                    )
            Respondent.             )

## MEMORANDUM AND ORDER

This matter is before me on petitioner's motion to reconsider. Because

petitioner's motion presents no grounds to grant petitioner the relief he seeks or to

reconsider my Memorandum and Order and Judgment dated April 27, 2009, I will

deny the motion.

Accordingly,

**IT IS HEREBY ORDERED** that the motion for reconsideration [#11] is

denied.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 2nd day of June, 2009.